UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIA VALTIERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ARVIN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01228 --- JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 10) |

Counsel have stipulated to continue the scheduling conference due to the unavailability of Defendants' counsel. Good cause appearing, the Court **ORDERS**:

1. The Initial Scheduling Conference, currently scheduled for November 19, 2014, is continued to **November 25, 2014**, at 8:30 a.m. Telephonic appearances via the Court Call service are authorized. The joint scheduling report SHALL be filed no later than November 18, 2014.

IT IS SO ORDERED.

　　Dated:　**November 10, 2014**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE