UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIA VALTIERRA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF ARVIN, a public entity; CHIEF OF POLICE LOUIS A. COBARRUVIAZ, in his individual and official capacities; OFFICER DANIEL BRAVO (#919), in his individual and official capacities; SERGEANT JERRY MARTINEZ, in his individual and official capacities; and, DOES 1 to 10, inclusive,<br><br>  Defendants. | CASE NO. **1:14-cv-01228-JAM-JLT**<br><br>Assigned to the Honorable John A. Mendez<br><br>**ORDER FOR THE PHYSICAL EXAMINATION OF PLAINTIFF ALICIA MARIA VALTIERRA (Federal Rule of Civil Procedure, Rule 35)**<br><br>Action Filed:   August 5, 2014<br>Trial Date:      August 1, 2016 |

///

///

///

///

///

///

**1**
**[PROPOSED] ORDER FOR THE PHYSICAL EXAMINATION OF PLAINTIFF**

Having considered the Stipulation for Order for the Physical Examination of Plaintiff Alicia Maria Valtierra, executed by the parties and filed herewith, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. A physical examination, pursuant to Federal Rule of Civil Procedure 35, shall be allowed, as to Alicia Maria Valtierra ("Plaintiff"), to be conducted by Dr. Harvey Edmonds, on December 18, 2015, at 11:00 a.m., or such other time and date as counsel shall agree, at Sierra Valley Medico, 2020 17th Street, Suite 2016, Bakersfield, California;

2. The examination shall be performed at Defendants' request by a doctor of Defendants' choice, Dr. Harvey Edmonds, and at Defendants' expense;

3. The scope of the examination shall be limited to the parts of the body and conditions as identified by Plaintiff in her Complaint for Damages, as well as those set forth in Plaintiff's Initial Disclosures and medical records. While the examination may include diagnostic tests and procedures necessary and appropriate for the conducting of the examination, Plaintiff shall not be subjected to invasive testing without advance written notice and approval;

4. Plaintiff's attorney, or a third-party on behalf of Plaintiff's counsel, may be present during the examination;

///
///

2
**[PROPOSED] ORDER FOR THE PHYSICAL EXAMINATION OF PLAINTIFF**

5. Plaintiff shall be permitted to record the examination by videotape and/or audiotape;

6. Dr. Harvey Edmonds may ask Plaintiff such questions as are necessary to reach an opinion about Plaintiff's medical condition(s), within the scope of conditions described by Plaintiff in her medical records;

7. Plaintiff's counsel shall be provided, at Defendants' expense, photocopies of all notes, memoranda, documents, tests, test results, evaluations, reports and the like in reference to the examination;

8. Plaintiff's attorney shall be provided a photocopy of a detailed written report of the examination setting forth Dr. Harvey Edmonds's findings, if any, including results of all tests made, diagnoses, and conclusions.  This report shall be provided within thirty (30) days of the examination of Plaintiff, or four (4) days before Dr. Edmonds's deposition, whichever is earlier;

9. Dr. Harvey Edmonds shall make available for inspection and examination any x-rays or other diagnostic aids, if any, upon reasonable notice;

10. Dr. Harvey Edmonds shall make himself available to Plaintiff for a discovery deposition, in advance of trial, if Plaintiff so desires, at a time and date agreeable to Dr. Edmonds and the parties; and

///

///

11. If defense counsel desires to present Dr. Harvey Edmonds's testimony at trial, by deposition *de bene esse*, the deposition must be completed at least ten (10) days before jury selection begins.

**IT IS SO ORDERED.**

Dated: 12/8/2015                                            /s/ John A. Mendez
                                                            Honorable John A. Mendez
                                                            United States District Court Judge