1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIA VALTIERRA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF ARVIN, a public entity; CHIEF OF POLICE LOUIS A. COBARRUVIAZ, in his individual and official capacities; OFFICER DANIEL BRAVO (#919), in his individual and official capacities; SERGEANT JERRY MARTINEZ, in his individual and official capacities; and, DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. **1:14-cv-01228-JAM-JLT**<br><br>Assigned to the Honorable John A. Mendez<br><br>**ORDER FOR AMENDMENT OF PRE-TRIAL SCHEDULING ORDER OF DECEMBER 18, 2014**<br><br>Action Filed:   August 5, 2014<br>Trial Date:      August 1, 2016 |

///
///
///
///
///
///

**1**
**[PROPOSED] ORDER FOR AMENDMENT OF PRE-TRIAL**
**SCHEDULING ORDER OF DECEMBER 18, 2014**

Having considered the Stipulation for Amendment of Pre-Trial Scheduling Order of December 18, 2014, executed by the parties and filed herewith, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have non-expert discovery be completed by **June 3, 2016**;

2. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have expert witness disclosures, under Federal Rule of Civil Procedure 26(a)(2), be made by **July 5, 2016**;

3. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have supplemental disclosures and disclosures of any rebuttal experts, under Federal Rule of Civil Procedure 26(a)(2)(C), be made by **July 22, 2016**;

4. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have expert discovery be completed by **August 22, 2016**;

5. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have all dispositive motions be filed by **August 23, 2016**;

6. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have hearing on dispositive motions be on **September 20, 2016 at 1:30 p.m.**;

///

7. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have a joint pre-trial statement be filed on **November 11, 2016**;

8. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have the final pre-trial conference be on **November 18, 2016 at 10:00 a.m.**; and

9. The Pre-Trial Scheduling Order of December 18, 2014 shall be amended to have the jury trial be set for **January 9, 2017 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: 12/8/2015               /s/ John A. Mendez_____
                               Honorable John A. Mendez
                               United States District Court Judge