1  Larry F. Peake, Esq. (SBN 82626)
   A Professional Corporation
2  WALL, WALL & PEAKE
   A Partnership of Professional Corporations
3      1601 "F" STREET
   BAKERSFIELD, CALIFORNIA 93301
4      TELEPHONE: (661) 327-8461
       FAX: (661) 327-8568
5      E-MAIL: wwplawoffice@sbcglobal.net

6  Attorney for Defendant, City of Arvin, Daniel Bravo, Jerry Martinez, and Louis A. Cobarruviaz

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | ALICIA MARIA VALTIERRA,              | Case No.  1:14-CV-01228-JAM-JLT |

12 |                Plaintiff,             |

13 | vs.                                    | STIPULATION TO PROTECTIVE ORDER
                                            GOVERNING CONFIDENTIAL
14 | CITY OF ARVIN, a public entity; CHIEF | INFORMATION
   | OF POLICE LOUIS A.
15 | COBARRUVIAZ, in his
   | individual and official capacities;
16 | OFFICER DANIEL BRAVO (#919), in
   | his individual and official capacities; | Action filed: August 5, 2014
17 | SERGEANT JERRY MARTINEZ, in his
   | individual and official capacities; and,
18 | DOES 1 to 10, inclusive, Jointly and
   | Severally,
19 |
   |                Defendants.

20        Plaintiff seeks to obtain information which defendants City of Arvin, Daniel Bravo, Jerry

21 Martinez, and Louis A. Cobarruviaz contend to be confidential, including, but not limited to,

22 Pitchess vs. Superior Court (1974) 11 Cal.3d 531, Penal Code sections 832.5, 832.7, 832.8 and

23 Evidence Code sections 1043, 1045, 1046, 1054.1 and California Penal Code sections 1054.2, 830.1

24 and 830.3 as well as California Government Code sections 6253, 6254(c), 6254(k) and 6255(a).

25        While defendants as above referenced do not waive such objections, defendants herein are

26 agreeable to conditionally allowing plaintiff and plaintiff's attorney as well as any consultants

27 retained by plaintiff's attorney to receive and review records previously demanded by plaintiff on

28
          STIPULATION TO PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION

1  the following basis:

2      1.    Documents previously requested to which defendant(s) have objected on privacy
3            grounds, including as above referenced, shall be produced to plaintiff's attorney
4            within fifteen (15) days of execution of the herein stipulation;

5      2.    The protective order will be applicable to and govern the handling of documents,
6            interrogatory responses, responses to requests for production of documents and things,
7            responses to requests for admissions, depositions, deposition exhibits, and all other
8            discovery obtained pursuant to the Federal Rules of Civil Procedure by plaintiff in
9            connection with this lawsuit (this information hereinafter referred to as "Discovery
10           Material);

11     3.    Such Discovery Material as produced by defendants may be designated as
12           "Confidential Information" under the terms of the protective order if defendants, in
13           good faith, reasonably believe that such Discovery Material contains non-public,
14           confidential information;

15     4.    For purposes of the protective order, Discovery material that may be designated
16           "Confidential Information" include peace officer personnel files and all records that
17           are typically contained within or associated with such police officer personnel files
18           according to the regular practices of the law enforcement agency which is the
19           custodian of such records, including: (1) personal data; (2) educational and
20           employment history; (3) medical history; (4) peace officer enhancement, appraisal or
21           discipline; (5) internal affairs investigations and related interviews and reports; (6)
22           peace officer personal financial asset information; (7) citizen complaints and/or
23           complaints by other peace officers, investigations of such complaints, and interviews
24           and reports related to such complaints; and (8) peace officer training records;

25     5.    When designating Discovery Material for protection as Confidential Information,
26           under the protective order, defendants must take care to limit such designation to
27           specific material that qualifies under the appropriate standards. Mass, discriminate,

28
                        ─────────────────────────────────────────
                                              2
                   STIPULATION TO PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION

1    or routinized designations are prohibited;

2    6.    All such Discovery Material as produced may not be distributed or viewed or
3          photocopied for use by anyone other than plaintiff, plaintiff's attorney, or consultants
4          retained by plaintiff's attorney;

5    7.    Upon written request by defendants' attorney, all shall be returned within sixty (60)
6          days of conclusion of this matter through dismissal with or without prejudice of
7          plaintiff's action or entry of judgment in favor of plaintiff or defendant(s) or, if an
8          appeal is filed, the disposition of the appeal.

9    This stipulation shall be without prejudice to the rights of any party to oppose production of
10   information or to object to its admissibility into evidence or evidence at trial or other submittal to
11   the court.

12   Defendants, as the parties seeking the protective order, have the burden of defending the
13   necessity of the protective order as to any items disclosed pursuant to the protective order, in the
14   event plaintiff identifies any documents improperly produced as being confidential.

15   Following termination of this lawsuit, that the provisions of this stipulation shall continue
16   to be binding and the court shall retain jurisdiction over the parties and any other person who has
17   had access to the documents and information above referenced for the purpose of enforcement of
18   the provisions of this stipulation.

19   IT IS SO STIPULATED,

20   DATED: March 15, 2016                        LAW OFFICE OF MALOSACK BERJIS

21

22                                               By: _____
                                                     Malosack Berjis, Attorney for Plaintiff,
23                                                   Alicia Maria Valtierra

24

25

26

27   ///

28   _____
                STIPULATION TO PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION

1    DATED: March 14, 2016                    WALL, WALL & PEAKE

2

3                                      By: _____
                                           Larry E. Peake, Attorney for Defendants,
4                                          City of Arvin, Daniel Bravo, Jerry Martinez, and
                                           Louis A. Cobarruviaz
5

6                                      **ORDER**

7         Based upon the stipulation between the parties, the court enters order upon such stipulation:

8         IT IS SO ORDERED,

9    DATED: 3-17-2016

10                                      _____
                                        John A. Mendez, United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     _____
                                              4
                STIPULATION TO PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION