# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIA VALTIERRA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF ARVIN, a public entity, et al.,<br><br>            Defendants. | CASE NO. **1:14-cv-01228-JAM-JLT**<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

Having considered the request to seal documents, no opposition having been received and good cause shown, the Court ORDERS that:

1. Lines 13-19 of Page 7 of Plaintiff's Opposition to Motion to Quash Subpoena to Produce Documents to San Fernando Police Department ("Opposition") be sealed [Identified as "DOCUMENTS TO BE SEALED – 1"];

2. The report, marked as Exhibit "8" of Opposition, be sealed [Identified as "DOCUMENTS TO BE SEALED – 2" and "DOCUMENTS TO BE SEALED – 3"]; and

3. The evaluation, marked as Exhibit "9" of Opposition, be sealed [Identified as "DOCUMENTS TO BE SEALED – 4" and "DOCUMENTS TO BE SEALED – 5"].

IT IS SO ORDERED.

Dated:   **June 20, 2016**            /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE