# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIA VALTIERRA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF ARVIN, a public entity; CHIEF OF POLICE LOUIS A. COBARRUVIAZ, in his individual and official capacities; OFFICER DANIEL BRAVO (#919), in his individual and official capacities; SERGEANT JERRY MARTINEZ, in his individual and official capacities; and, DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. **1:14-cv-01228-JAM-JLT**<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM AND HEARINGS ON DEFENDANTS' MOTIONS TO QUASH SUBPOENAS**<br><br>(Doc. 45) |

    Having considered the Stipulation to Continue Hearing on Plaintiff's Motion to Compel Compliance with Subpoena Duces Tecum and Hearings on Defendants' Motions to Quash Subpoenas, executed by the parties and filed herewith, and finding good cause therefor,

///

---

**1**
**[PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND HEARINGS ON DEFENDANTS' MOTIONS TO QUASH**

**IT IS HEREBY ORDERED** that:

The hearing on Plaintiff ALICIA MARIA VALTIERRA's Motion to Compel Compliance with Subpoena Duces Tecum [Docket No. 34] and the hearings on Defendants' CITY OF ARVIN, CHIEF OF POLICE LOUIS A. COBARRUVIAZ, OFFICER DANIEL BRAVO, and SERGEANT JERRY MARTINEZ's Motions to Quash Subpoenas [Docket Nos. 36, 36-1, 36-2 and 36-3], originally scheduled for July 1, 2016, at 10:30 a.m., in the Bakersfield Courtroom, of the above-entitled Court, located at 510 19th Street, Bakersfield, be continued until July 18, 2016, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 30, 2016**             /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE