# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIA VALTIERRA,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF ARVIN, a public entity; CHIEF OF POLICE LOUIS A. COBARRUVIAZ, in his individual and official capacities; OFFICER DANIEL BRAVO (#919), in his individual and official capacities; SERGEANT JERRY MARTINEZ, in his individual and official capacities; and, DOES 1 to 10, inclusive,<br><br>      Defendants. | CASE NO. **1:14-cv-01228-JAM-JLT**<br><br>Assigned to the Honorable John A. Mendez<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed:   August 5, 2014<br>Trial Date:      January 9, 2017 |

Having considered the Stipulation and Joint Request for Dismissal of all claims and causes of action with prejudice, executed by the parties and filed herewith, and finding good cause therefor,

///

///

---

1

**[PROPOSED] ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that:

The above-entitled action is dismissed with prejudice in its entirety, and the Clerk of the Court is directed to close the file in this matter.

**IT IS SO ORDERED.**

Dated: 7/28/2016                              /s/ John A. Mendez_____
                                                               Honorable John A. Mendez
                                                               United States District Court Judge